In the Matter of the Petition of HENRY T. HORNIDGE and TITLE GUARANTEE AND TRUST COMPANY, as Trustees, etc., of BENJAMIN FRANKLIN TERWILLIGAR

Deceased, etc. GERTRUDE ALICE LECKIE, Appellant; HENRY T. HORNIDGE and TITLE GUARANTEE AND TRUST COMPANY, as Trustees, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.: Lazansky, P. J., not voting.